## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Jacinta Castro, et al.
                    Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:22−cv−03943
　　　　　　　　　　　　　　　　　　　Honorable Thomas M. Durkin

El Milagro, Inc.
                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 23, 2025:

      MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion for extension of time [107] is granted. Responses to the motion to certify class [95], motion to exclude [97] and motion for summary judgment [99] are due by 2/21/2025. Replies are due by 3/21/2025. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.